THE PEOPLE OF THE STATE OF NEW YORK ex rel. METROPOLITAN PLAYHOUSES, INC., Respondent, against MARK GRAVES et al., Constituting the State Tax Commission, Appellants.

Argued October 5, 1937; decided October 19, 1937.

622

*John J. Bennett, Jr.,* Attorney-General (*Harry T. O'Brien, Jr.,* of counsel), for appellants.

*Samuel S. Allan, Milton C. Weisman* and *Edmund P. Silver* for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.